AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▼

| | |
|---|---|
| Innovative Sports Management, Inc. d/b/a Integrated Sports Media, | ) ) ) ) ) |
| Plaintiff(s) <br> v. | ) ) Civil Action No. 1:24-cv-21607-JB ) ) |
| Christian R. Caceres, et al | ) ) ) ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* CHRISTIAN R. CACERES, Individually, and as officer, director, shareholder, principal, manager and/or member of BIG LEDTV LLC d/b/a CUZ MIAMI VENUE, 11218 NW 74th Ter
Miami, FL 33178

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Alan D. Danz, Esq
Danz Law, PLLC
15951 S.W. 41st Street, Suite 800
Davie, FL 33331
(954) 530-9245

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: ___Apr 26, 2024___

Angela E. Noble
Clerk of Court

*s/ W. Cendejas*
_____
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▾

Innovative Sports Management, Inc. d/b/a Integrated Sports Media,

)
)
)
)
)
)
)
)
)
)
)
)
)

Plaintiff(s)

v.

Civil Action No. 1:24-cv-21607-JB

Christian R. Caceres, et al

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   BIG LEDTV LLC d/b/a CUZ MIAMI VENUE,
2600 NW 87th Ave #21
Doral, FL 33172

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alan D. Danz, Esq
Danz Law, PLLC
15951 S.W. 41st Street, Suite 800
Davie, FL 33331
(954) 530-9245

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Apr 26, 2024

*s/ W. Cendejas*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court